UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINALD WALTER,

     Petitioner,

v.                                                                          Case No: 5:23-cv-640-WFJ-PRL

SECRETARY DEPARTMENT OF
CORRECTIONS,

     Respondent.
_____/

## ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for Polk County, Florida. Therefore, pursuant to Local Rule 1.04 and 28 U.S.C. § 2241(d), this case is transferred to the Tampa Division for the Middle District of Florida for all further proceedings. The Clerk is directed to forward the file to that Division and close the Ocala file.

**DONE AND ORDERED** at Tampa, Florida, on October 26, 2023.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Petitioner, pro se